■ THEOPHANE A. MERRILL, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 1.) (Claim No. 61659.) — Judgment unanimously affirmed, with costs, for the reasons stated at the Court of Claims, Lowery, J. (*Merrill v State of New York,* 110 Misc 2d 260.) (Appeal from judgment of Court of Claims, Lowery, J. — negligence.) Present — Dillon, P. J., Callahan, Boomer, Moule and Schnepp, JJ.